**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**LOURDES CONTRERAS**,

    Plaintiff,

**vs.**                                  **CASE NO. 3:05-cv-461-J-16MMH**

**ST. JOHNS COUNTY SCHOOL BOARD,**

    Defendant.
_____/

**O R D E R**

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed July 1, 2005 (Doc. #7).  No objections have been filed to said Report.

After an independent review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation.  Accordingly, it is now

**ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice for lack of prosecution pursuant to Local Rule 3.10(a).

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 26th day of July, 2005.

Copies to:
    Counsel of record
    Pro Se Parties

_____
JOHN H. MOORE II
United States District Judge